IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

EDDIE D. ROBINSON,               )
                                 )
            Plaintiff,           )
                                 )
     v.                          )   Case No. 15 C 8615
                                 )
OFFICER GREGOIRE,                )
                                 )
            Defendant.           )

**MEMORANDUM ORDER**

On October 2, 2015 this Court granted the motion of pro se prisoner plaintiff Eddie Robinson ("Robinson") for attorney representation and designated trial bar member Andrew Pavlinski ("Pavlinski"), whose name was provided by the District Court's staff person responsible for that task, to represent Robinson (see this Court's memorandum order issued on that date). At the May 3, 2016 status hearing in this action attorney Pavlinski appeared, discussed the status of the case and agreed that the next status hearing should be held at 9 a.m. July 19. Yet on July 19 attorney Pavlinski failed to appear in court and, when this Court's courtroom deputy attempted to reach his office telephonically she was met with a voicemail response that simply directed the caller to leave a voicemail message.

With no explanation having been provided for that no-show, this Court set an early date and time -- August 1 at 9 a.m. -- for the next status hearing. But once again attorney Pavlinski neither appeared nor explained any inability to do so -- instead another attempted telephone call was met with the same disembodied response (or more accurately nonresponse).

Under the circumstances it appears likely that Robinson has been without effective representation by designated counsel Pavlinski. If so, it may be entirely appropriate to consider

striking him from this District Court's trial bar list -- and perhaps even to recommend that he be stricken from the bar of this District Court.

There may perhaps be some reasonable explanation for counsel's delinquency, and because of that possibility this Court will take no immediate action. But absent a swift explanation from attorney Pavlinski (certainly within the next ten days), this Court would be constrained to take appropriate steps.

_____
Milton I. Shadur
Senior United States District Judge

Date: August 3, 2016